IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                         NO.  3:23-CR-252-K

MIHIR PATEL (1)

**BILL OF PARTICULARS
REGARDING PROPERTY SUBJECT TO FORFEITURE**

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of

America, by the undersigned, particularly notices that the following additional property is

subject to forfeiture under the forfeiture notice in the Sealed Indictment filed in this case

(Dkt. 1):

2023 Land Rover Range Rover Sport Utility, VIN: SAL1P9EUOPA114576.

The government may file supplemental bills of particulars as additional assets are

identified and/or appraised.  The government also reserves its rights to election of

remedies regarding the disposition of the subject property as provided in law.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 693332
1100 Commerce St., Third Floor
Dallas, TX 75242-1699
T: 214-659-8650 | F: 214-659-8803
E-mail: dimitri.rocha@usdoj.gov

USA Bill of Particulars – Page 1