IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

MIHIR PATEL (1)

NO.  3:23-CR-252-K

## NOTICE OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), I certify that

the government posted notice of this forfeiture action on an official government internet site

(www.forfeiture.gov) for at least 30 consecutive days beginning on December 31, 2024 as

shown by the Advertisement Certification Report attached as Exhibit A.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY


*/s/ Dimitri N. Rocha*
Dimitri N. Rocha
Assistant United States Attorney
Florida State Bar No. 693332
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8650
Facsimile: 214-659-8803
Dimitri.Rocha@usdoj.gov
ATTORNEYS FOR PLANTIFF

**USA Notice of Publication – Page 1**

### CERTIFICATE OF SERVICE

I certify that on February 28, 2025, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic filing" to counsel for Defendant, who has consented in writing to accept this Notice as service of this document by electronic means.

/s/ Dimitri N. Rocha
Dimitri N. Rocha
Assistant United States Attorney