**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

**FILED**

**March 14, 2025**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MIHIR PATEL | ) |
| | ) |

Case No. 3:23-CR-00252-K-01

## Report of Violation of Conditions of Pretrial Release

COMES NOW Danny McMillan, U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant, Mihir Patel, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge Renee Harris Toliver sitting in the Court at Dallas, Texas, on June 28, 2023, under the following conditions:

(7t) The defendant may not open any new lines of credit without first obtaining the permission of the Pretrial Services Officer.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On March 7, 2025, the U.S. Probation Office ran the defendant's credit report which revealed the defendant opened four new lines of credit without permission from the U.S. Probation Office. Specifically, on November 19, 2023, the defendant opened a Synchrony/Venmo Credit Card. On April 11, 2024, the defendant opened an installment loan at Mercedes-Benz Finance for $220,668. On July 18, 2024, the defendant opened a JP Morgan Chase Credit Card and an Imprint Payments Incorporated Credit Card.

On March 10, 2025, the defendant reported to the U.S. Probation Office and admitted verbally to opening three new lines of credit in error and claimed the fourth line of credit was an auto loan he refinanced. The defendant stated he was unaware he needed to ask for permission to open these new lines of credit as it related to his personal finances and not business. The defendant initially stated the auto loan was a refinance of his current vehicle, but upon further investigation and questioning, it was revealed the defendant traded in his old vehicle and purchased a newer same model vehicle.

The violations were reported to Assistant United States Attorney Ryan Niedermair.

The undersigned suggest to the court that a summons be issued, and the defendant appear before a judge of this court to determine whether the defendant's conditions of pretrial release should be revoked or modified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2025                              Approved,

s/Danny McMillan                                       s/DeAundra King
  U.S. Probation Officer                        Supervising U.S. Probation Officer
  Dallas, Texas                                 214-753-2516
  469-994-4118

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Mihir Patel, of his conditions of pretrial release, the court ORDERS that:

☐ No action be taken.

☐ The Order Setting Conditions of Release is modified to include the following:

☒ A summons be issued and the defendant appear before a judge of this court to determine whether his conditions of pretrial release should be revoked.

☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐ File under seal until further order of the Court.

The Honorable Renee Harris Toliver
U. S. Magistrate Judge

March 14, 2025
Date