IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 3:23-CR-252-K |
| | § | |
| MIHIR PATEL (01) | § | |

## ORDER DENYING REVOCATION OF PRETRIAL RELEASE

On this day, a hearing was held on the allegations contained in the *Report of Violation of Conditions of Pretrial Release*, Doc. 239. The Government appeared by and through Assistant United States Attorneys Ryan Neidermair and Madeleine Case and announced ready to proceed. Defendant appeared in person, via summons, and through his attorney of record, Steve Fahey, and likewise announced ready to proceed.

After consultation with counsel, Defendant knowingly and voluntarily pleaded true to the allegations in the *Report of Violation of Conditions of Pretrial Release*. Consequently, the Court finds by clear and convincing evidence that Defendant violated the conditions of release by opening new lines of credit without first obtaining the permission of the Pretrial Services Officer to do so, *see* Doc. 34 at 2, and that Defendant compounded that violation by being dishonest about the nature of the transaction at issue. *See* 18 U.S.C. § 3148(b)(1)(B). Nonetheless, based on the proffer and argument of counsel, and considering the extended period Defendant has been on Pretrial Release without any other violations and the nature of the instant violation, the Court further finds that there continue to be conditions of release or a combination of conditions that will reasonably assure Defendant's appearance as required and the safety of the community or another person. 18 U.S.C. § 3148(b)(2)(A) Additionally, the Court does not find that Defendant is unlikely to abide by those conditions going forward. 18 U.S.C. § 3148(b)(2)(B).

Thus, the Court's June 28, 2023 *Order Setting Conditions of Release*, Doc. 34, remains in full force and effect, including the admonition of the consequences of failing to abide by the conditions of release.

**SO ORDERED**, March 31, 2025.


_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE